# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: __JAMES B. CLARK__ |
| v. | MAGISTRATE NO.: __19-cr-246-MCA-2__ |
| LESTER STOCKETT | DATE OF PROCEEDINGS: __6/17/2019__ |
| | DATE OF ARREST: __5/30/2019__ |

PROCEEDINGS: __Arraignment__

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ____AFPD ____CJA
( ) WAIVER OF HRG.: ____PRELIM ____REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
(✓) PLEA ENTERED: ____GUILTY ✓ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
   ( ) UNSECURED BOND
   ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL: ___COURT ___JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA __Jacob Foster, AUSA__

DEFT. COUNSEL __Valentin Rodriguez, Jr., Retained__

PROBATION _____

INTERPRETER _____
  1. Language: ( )

Time Commenced: __3:02 p.m.__
Time Terminated: __3:08 p.m.__
CD No: __ECR__

*Stephen Bond*
DEPUTY CLERK